IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS ARMANDO CAMACHO,<br><br>Defendant. | No. 3:21-cr-00031-4-RRB-MMS |

**[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR EXPEDITED CONSIDERATION**

The United States' unopposed motion for expedited consideration of its Unopposed Motion to Continue Second Bail Review Hearing is hereby GRANTED. The Court will rule on the motion on or before January 20, 2023.

Date: _____  By: _____
   The Hon. Matthew M. Scoble
   Chief U.S. Magistrate Judge